IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LYNETTE RITZ FROST**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 2144 |
| | ) | |
| **THOMAS RIGGS**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

On April 3, 2014 this Court issued its sua sponte memorandum order ("Order") to require pro se plaintiff Lynette Ritz Frost ("Frost") to comply with the explicit directive of this District Court's LR 5.2(f), which requires the delivery of a paper copy of the complaint for the assigned judge's use within one business day after filing -- a requirement that is buttressed by its inclusion at the very outset of this Court's website. In accordance with this Court's normal practice in such situations, the Order was not issued until more than a week had passed without Frost having complied with that directive.

Nearly two months have elapsed since the issuance of the Order, with Frost having ignored both its directive and its specified fine of $100 for her noncompliance with LR 5.2(f). Accordingly both Frost's Complaint and this action are dismissed for want of prosecution, and her accompanying motions for leave to proceed in forma pauperis (Dkt. 4) and for attorney representation (Dkt. 5) are denied as moot.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 28, 2014